IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02240-WYD-CBS

CREEKSIDE TOWNHOMES HOMEOWNERS ASSOCIATION, INC.,

    Plaintiff,

v.

TRAVELERS CASUALTY SURETY COMPANY
d/b/a ST. PAUL TRAVELERS,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Motion for Protective Order (*doc. # 20)* is DENIED, without prejudice. The court does not permit counsel to file a disputed discovery motion unless and until counsel complies fully with Local Rule 7.1 A *and* this court's practice standards regarding discovery disputes, as explained during the Rule 16(b) scheduling conference held on January 7, 2009.

**DATED:** April 20, 2009