IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02240-WYD-CBS

CREEKSIDE TOWNHOMES HOMEOWNERS ASSOCIATION, INC.,

    Plaintiff,

v.

TRAVELERS CASUALTY SURETY COMPANY
d/b/a ST. PAUL TRAVELERS,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion for Sanctions Pursuant to F.R.C.P. 37 (*doc. # 23)* is DENIED, without prejudice, for failure to comply with D.C.COLOL.CIVR. 7.1A and this Court's individual practice rule regarding discovery disputes.

    IT IS FURTHER ORDERED that a status conference will be held on **May 4, 2009 at 10:45 a.m.** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. *No telephonic appearances will be permitted.*

**DATED:**    April 22, 2009