IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02240-WYD-CBS

CREEKSIDE TOWNHOMES HOMEOWNERS ASSOCIATION, INC.,

    Plaintiff,

v.

TRAVELERS CASUALTY SURETY COMPANY
d/b/a ST. PAUL TRAVELERS,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Partial Summary Judgment Pursuant to F.R.C.P. 56 [doc. #29], filed May 14, 2009, is **STRICKEN** with leave to refile in compliance with my Practice Standards, in particular section III.B.3 concerning motions for summary judgment.

    Dated: May 15, 2009