IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02240-WYD-CBS

CREEKSIDE TOWNHOMES HOMEOWNERS ASSOCIATION, INC.,

     Plaintiff,

v.

TRAVELERS CASUALTY SURETY COMPANY
d/b/a ST. PAUL TRAVELERS,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     Plaintiff's Amended Motion for Partial Summary Judgment Pursuant to F.R.C.P. 56 [doc. #31], filed May 15, 2009, is **STRICKEN** with leave to refile in compliance with my Practice Standards, in particular section III.B.3 concerning motions for summary judgment.  All material facts must be contained in the Statement of Undisputed Material Facts.  Any facts not included will be deemed disputed.  The purpose of this procedure is so that the Court is able to determine which facts the opposing party admits and which facts it denies.

     Dated: May 18, 2009