# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 08-cv-02240-WYD-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** June 15, 2009 | **Courtroom Deputy:** Linda Kahoe |

| | |
|---|---|
| CREEKSIDE TOWNHOMES HOMEOWNERS ASSOCIATION, INC., | Samuel G. Livingston |
| Plaintiff, | |
| v. | |
| TRAVELERS CASUALTY SURETY COMPANY, | Brent Donald Anderson<br>Kyle Paul Seedorf<br>Terry Harris |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:      3:03 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Defendant's Motion to Stay Discovery.

For the reasons as stated on the record, it is

**ORDERED:**   Defendant's Motion to Stay Discovery Pending Objection Pursuant to D.C.Colo.LCivP 30.2(B), (doc #47, filed 6/12/2009) is **DENIED**.  The deposition scheduled for June 16, 2009 will go forward.  For reasons previously stated, the portions of the transcript of the depositions related to compensation, incentives, or bonuses will remain sealed.

Discussion regarding depositions scheduled for June 18th.

HEARING CONCLUDED.
**Court in recess:      3:40 p.m.**
Total time in court:     00:37

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.