IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02240-WYD-CBS

CREEKSIDE TOWNHOMES HOMEOWNERS ASSOCIATION, INC.,

    Plaintiff,

v.

TRAVELERS CASUALTY SURETY COMPANY
d/b/a ST. PAUL TRAVELERS,

    Defendant.

## AUTHORIZATION FOR VIDEOTAPED DEPOSITION

Magistrate Judge Craig B. Shaffer

    It is hereby **APPROVED** that a Rule 30(b)(6) deposition will take place in this matter, on June 30, 2009 at 1:30 p.m., in the Jury Room (A423) of United States Magistrate Judge Craig B. Shaffer located in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    Upon review and authorization by Greg Langham, Clerk of the Court, audiovisual recording equipment may be brought into the Alfred J. Arraj U.S. Courthouse for the sole purpose of recording the deposition. It is noted that pursuant to the security policy of the United States District Court for the District of Colorado, a member of chamber's staff is required to escort the video equipment to and from the jury room.

    Parties are directed to have the individual bringing the electronic recording equipment inside the courthouse, telephone the court's judicial assistant (Yvonne Davis) at 303.844.2117 no later than 15 minutes prior to arriving at the Courthouse, on June 30th, to arrange for the entry

of the video equipment into the Courthouse.

       DATED at Denver, Colorado, this 22nd day of June, 2009.

                                  BY THE COURT:

                                  *s/Craig B. Shaffer*
                                  Craig B. Shaffer
                                  United States Magistrate Judge

APPROVED, this 22nd day of June, 2009.

                                  *s/Greg Langham*
                                  Gregory C. Langham
                                  Clerk of Court