# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 08-cv-02240-WYD-CBS | FTR - Reporter Deck - Courtroom A402 |
| **Date:** September 15, 2009 | **Courtroom Deputy:** Linda Kahoe |

CREEKSIDE TOWNHOMES HOMEOWNERS ASSOCIATION, INC.,     Samuel G. Livingston

    Plaintiff,

v.

TRAVELERS CASUALTY SURETY COMPANY,     Amy M. Samberg
    Scott C. Sandberg

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session:   1:24 p.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding pending motions: documents #35, #37, and #88.

For the reasons as stated on the record, it is:

ORDERED:   Plaintiff's Motion to Submit Supplemental Documentation Surrounding Travelers Request for Physical Inspection (doc #[88], filed 9/11/2009) is STRIKEN as it does not comply with the court's local rules.

ORDERED:   Defendant's Motion to Permit Entry Onto Land and Property Possessed or Controlled by Plaintiff (doc #[35], filed 5/29/2009) is GRANTED.  Defendants must advise Plaintiff's counsel, within ten calendar days of the inspection, as to who the inspector is going to be.  Plaintiffs may have a representative present on the roof to supervise the inspection.

ORDERED:   Plaintiff's Motion to Assert Punitive Damages Pursuant to C.R.S. 13-21-102(1.5)(a) (doc #[37], filed 6/1/2009) is GRANTED.  Plaintiff is allowed to assert a request for punitive damages.  Plaintiff shall file an Amended Complaint on or before SEPTEMBER 18, 2009.

Discussion regarding extending the dispositive motion deadline and the need to reopen discovery.

ORDERED: The parties shall submit written status reports by 5:00 p.m. on SEPTEMBER 23, 2009. The reports shall discuss: (1) any outstanding discovery that has not been completed; (2) identify any discovery disputes; (3) identify what additional discovery is needed.

ORDERED: A Scheduling/Status Conference is set for SEPTEMBER 29, 2009 at 8:30 a.m. The court will set appropriate deadlines.

ORDERED: The Pretrial Conference set for OCTOBER 15, 2009 at 10:00 a.m. is VACATED and rescheduled for NOVEMBER 20, 2009 at 9:15 a.m.

HEARING CONCLUDED.
**Court in recess:        2:58 p.m.**
Total time in court:    01:34

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.