**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  08-cv-02240-WYD-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   January 7, 2010** | **Courtroom Deputy:**   Linda Kahoe |

| | |
|---|---|
| CREEKSIDE TOWNHOMES HOMEOWNERS ASSOCIATION, INC., | Samuel G. Livingston |
| Plaintiff, | |
| v. | |
| TRAVELERS CASUALTY SURETY COMPANY, | Scott C. Sandberg |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in session:       8:37 a.m.**
Court calls case.  Appearances of counsel.  *Also appearing on behalf of Belfor is Mr. Daniel Glasser.  Mr. Brent Anderson appears as a witness.*

Discussion and arguments regarding Plaintiff's Motion for Leave to File Designation on Non-Parties Out of Time, doc #[129], filed 12/14/2009.

For the reasons as stated on the record, it is:

**ORDERED:**   Plaintiff's Motion for Leave to File Designation on Non-Parties Out of Time, doc #[129] is **DENIED WITHOUT PREJUDICE**.  To the extent that a party wishes to extend the deadline for designating non-parties, that motion must be filed on or before **JANUARY 15, 2010.**  The motion must provide the necessary showing for the extension of the deadline, and must also must provide, or have attached to it, the proposed designations.

The court cites relevant case law.

Discussion and arguments regarding Plaintiff's Motion for Issuance of F.R.C.P. 45(e) Contempt Citation Regarding Failure to Attend Deposition by Belfor Property Restoration, doc #[114], filed 11/12/2009.

The court will issue an Order to Show Cause on Plaintiff's Motion for Issuance of F.R.C.P. 45(e) Contempt Citation Regarding Failure to Attend Deposition by Belfor Property Restoration, doc #[114].

Discussion and arguments regarding Plaintiff's Motion for Contempt Pursuant to F.R.C.P. 45 Regarding Knott Laboratories/Bruce Barnes, doc #[118], filed 11/13/2009.

The court will issue an Order to Show Cause on Plaintiff's Motion for Contempt Pursuant to F.R.C.P. 45 Regarding Knott Laboratories/Bruce Barnes, doc #[118].

To the extent that any parties, or non-parties, wish to file briefs in support of, or in opposition to, the orders to show cause, the court requests that the briefs provide: 1) a clear and unequivocal chronology of events with supporting exhibits; 2) any case citations to relevant case law.

The court will set an Evidentiary Hearing on motions #114 and #118.

The court suggests that Mr. Glasser move forward to schedule the deposition of Belfor's custodian of records.

Discussion and arguments regarding Plaintiff's Motion for Sanctions Pursuant to F.R.C.P. 37, doc #[111], filed 11/6/2009.

Mr. Brent Anderson is called and sworn in as a witness.

Mr. Anderson provides testimony.

The witness is excused subject to being recalled.

This matter is continued and will be reconvened on short notice. Counsel will coordinate schedules and call chambers with available dates.

HEARING CONCLUDED.

**Court in recess**:      **12:30 p.m.**
Total time in court:    03:53

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.