IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02240-WYD-CBS

CREEKSIDE TOWNHOMES HOMEOWNERS ASSOCIATION, INC.,

    Plaintiff,

v.

TRAVELERS CASUALTY SURETY COMPANY, d/b/a ST. PAUL TRAVELERS,

    Defendant.

## ORDER

THIS MATTER comes before the court on a motion to stay proceedings pending engagement of substitute counsel on behalf of plaintiff (Docket Entry # 154), filed by John L. Livingston, Emergency Guardian and Special Conservator for Samuel G. Livingston, attorney for plaintiff in this case. The court hereby GRANTS the instant motion and ORDERS as follows:

1. This case is stayed until further order of this Court;

2. Any rulings or orders which this Court may have issued after January 15, 2010 related to Samuel G. Livingston's failure to make submissions or to respond is hereby set aside;

3. Any failures to make submissions or to respond to the Court or to defendant by Samuel G. Livingston after January 15, 2010 will not otherwise adversely affect plaintiff, for example, due to any failure to meet court-ordered deadlines or respond to discovery, including, but not limited to, requests for admissions; and,

4. No later than April 12, 2010, substitute counsel for plaintiff and counsel for defendant shall have conferred and filed with the Court a proposed revised scheduling or case management order for the resumed conduct of this case or, failing agreement on such matters, shall create a conference call and contact Judge Shaffer's chambers (303.844.2117) to set a hearing with the Court on such matters to be held as soon as reasonably possible after April 12, 2010.

DATED at Denver, Colorado, this 9th day of February, 2010.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge