IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02240-WYD-CBS

CREEKSIDE TOWNHOMES HOMEOWNERS ASSOCIATION, INC.,

   Plaintiff,

v.

TRAVELERS CASUALTY SURETY COMPANY
d/b/a ST. PAUL TRAVELERS,

   Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

   Plaintiff's Motion in Limine to Exclude Opinions of Bruce Barnes, PE, filed June 5, 2009 [#40] is **DENIED WITHOUT PREJUDICE**, with leave to refile after this matter has been set for trial.

   Dated: March 19, 2010.