IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02240-WYD-CBS

CREEKSIDE TOWNHOMES HOMEOWNERS ASSOCIATION, INC.,
    Plaintiff,
v.

TRAVELERS CASUALTY SURETY COMPANY d/b/a ST. PAUL TRAVELERS,
    Defendant.

## ORDER

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Plaintiff's "Motion for Sanctions Pursuant to F.R.C.P. 37" (filed November 6, 2009) (doc. # 111). Pursuant to the Order of Reference dated October 28, 2008 (doc. # 9) and the memorandum dated November 6, 2009 (doc. # 112), this matter was referred to the Magistrate Judge. In light of the settlement of the case and the anticipated filing on or before May 7, 2010 of a stipulated motion to dismiss the entire action,

IT IS ORDERED that Plaintiff's "Motion for Sanctions Pursuant to F.R.C.P. 37" (filed November 6, 2009) (doc. # 111) is DENIED as moot.

DATED at Denver, Colorado, this 30th day of April, 2010.

BY THE COURT:

    s/ Craig B. Shaffer
United States Magistrate Judge