IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02240-WYD-CBS

CREEKSIDE TOWNHOMES HOMEOWNERS ASSOCIATION, INC.,

    Plaintiff,

v.

TRAVELERS CASUALTY SURETY COMPANY
d/b/a ST. PAUL TRAVELERS,

    Defendant.

## ORDER DISMISSING CLAIMS WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Joint Motion To Enter Stipulated Voluntary Dismissal With Prejudice [d/e 170], filed May 10, 2010. After a review of the file and good cause appearing, it is hereby

ORDERED that all claims asserted in this case are dismissed, with prejudice, each party to pay its own attorneys' fees and costs. It is further

ORDERED that the Court retains jurisdiction for the sole and limited purpose of determining the issue of allocation of attorneys' fees as between former and present counsel for Plaintiff, in the event the issue is brought to the Court for determination.

Dated this <u>12th</u> day of May, 2010.

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          WILEY Y. DANIEL,
                          CHIEF UNITED STATES DISTRICT JUDGE